| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | DAVID M. PORTER, Bar # 127024 |
| | Assistant Federal Defender |
| 3 | 801 "I" Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Telephone: (916) 498-5700 |
| 5 | Attorney for Defendant |
| | STANLEY ALLEN WEAVER, Jr. |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:17-mj-145 DB |
| | ) | |
| Plaintiff, | ) | |
| | ) | DEFENDANT'S REQUEST TO VACATE |
| v. | ) | HEARING; [lodged] ORDER |
| | ) | |
| STANLEY ALLEN WEAVER, Jr., | ) | Date: Thursday, August 31, 2017 |
| | ) | Time: 10:00 a.m. |
| Defendant. | ) | Judge: Hon. Deborah Barnes |
| | ) | |
| | ) | |

Defendant, STANLEY ALLEN WEAVER, Jr., by and through counsel, David M. Porter, Assistant Federal Public Defender, requests the Court vacate the hearing set for Thursday, August 31, 2017, at 10:00 a.m., regarding Mr. Weaver's detention. The undersigned has learned that Mr. Weaver has transferred out of the Sacramento County Jail. Accordingly, we request the Court enter the order lodged herewith.

Dated: August 28, 2017

    Respectfully submitted,
    Heather Williams
    Federal Defender

    */s/ David M. Porter*
    DAVID M. PORTER
    Assistant Federal Defender

    Attorney for Defendant
    STANLEY ALLEN WEAVER, Jr.

HEATHER E. WILLIAMS, #122664
Federal Defender
DAVID M. PORTER, Bar # 127024
Assistant Federal Defender
801 "I" Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorney for Defendant
STANLEY ALLEN WEAVER, Jr.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:17-mj-145 DB |
| Plaintiff, | |
| v. | [lodged] ORDER |
| STANLEY ALLEN WEAVER, Jr., | |
| Defendant. | |

At the request of Mr. Weaver, and for good cause shown, the hearing regarding detention in the above-entitled matter set for Thursday, August 31, 2017, at 10:00 a.m., is VACATED, and the case will be removed from the calendar.

IT IS SO ORDERED.

Dated: August 31, 2017

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

*Order on Motion re: Detention* -2-